**No. 66788.**—Vada Linville, Executrix of the Estate of Lawrence Linville *v.* United States, protest 59/29962 (Baltimore).

Opinion by RAO, J.  In accordance with stipulation of counsel that the issues are similar in all material respects to those involved in *United States* v. *Robert K. Herbst* (48 C.C.P.A. 145, C.A.D. 781), the claim of the plaintiff was sustained, and it was held that the personal exemptions should be applied against the value of said automobile to the extent that said exemptions were otherwise uncharged.

BEFORE THE THIRD DIVISION, MAY 24, 1962

**No. 66789.**—Ebeling & Reuss Company et al. *v.* United States, protests 204823–K, etc. (Philadelphia).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of earthenware teapots similar in all material respects to those the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

**No. 66790.**—The Electro Motive Mfg. Co., Inc. *v.* United States, protest 61/16094 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of ceramic tubes similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained.

MAY 22, 1962

**No. 66791.**—New York Merchandise Co., Inc. *v.* United States, protests 59/17733 and 59/21525.  Protests abandoned April 12, 1962.  (Not published.)  (Initial No. 226503–K.)  Plaintiff's application for rehearing granted.